*State, Respondent, v. DeGuzman, Petitioner*, No. 91370-6. Petition for review of a decision of the Court of Appeals, No. 71127-0-I, January 26, 2015, 185 Wn. App. 1033. *Denied* July 8, 2015.

*Garrison et al., Respondents, v. SagePoint Fin., Inc., Petitioner*, No. 91371-4. Petition for review of a decision of the Court of Appeals, No. 69625-4-I, January 20, 2015, 185 Wn. App. 461. *Denied* July 8, 2015.

*Concrete Nor'West et al., Petitioners, v. W. Wash. Growth Mgmt. Hr'gs Bd. et al., Respondents*, No. 91378-1. Petition for review of a decision of the Court of Appeals, No. 45563-3-II, February 3, 2015, 185 Wn. App. 745. *Denied* July 8, 2015.

*Admasu et al., Petitioners, v. Port of Seattle, Respondent*, No. 91379-0. Petition for review of a decision of the Court of Appeals, No. 70220-3-I, October 27, 2014, 185 Wn. App. 23. *Denied* July 8, 2015.

*State, Respondent, v. Carrasco, Petitioner*, No. 91394-3. Petition for review of a decision of the Court of Appeals, No. 31298-4-III, February 3, 2015, 185 Wn. App. 1047. *Denied* July 8, 2015.

*State, Respondent, v. Tanzy, Petitioner*, No. 91399-4. Petition for review of a decision of the Court of Appeals, No. 70324-2-I, February 2, 2015, 185 Wn. App. 1040. *Denied* July 8, 2015.

*State, Respondent, v. Reynoldson, Petitioner*, No. 91401-0. Petition for review of a decision of the Court of Appeals, No. 44710-0-II, February 10, 2015, 185 Wn. App. 1050. *Denied* July 8, 2015.

*State, Respondent, v. Burns, Petitioner*, No. 91402-8. Petition for review of a decision of the Court of Appeals, No. 45195-6-II, February 10, 2015, 185 Wn. App. 1052. *Denied* July 8, 2015.